UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS P. HULL, #237801, )<br>　　　Plaintiff, )<br> )<br>-v- )<br> )<br>RONALD BAKER, et al., )<br>　　　Defendants. )<br>_____) | No. 1:11-cv-623<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendants' motion for summary judgment and having dismissed all remaining claims, as required by Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:　April 29, 2013　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge