UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS P. HULL, #237801,<br>   Plaintiff,<br><br>-v-<br><br>RONALD BAKER, et al.,<br>   Defendants. | No. 1:11-cv-623<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having granted Defendants' motion for summary judgment and having dismissed all remaining claims, as required by Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: April 29, 2013           /s/ Paul L. Maloney
                       Paul L. Maloney
                       Chief United States District Judge